IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIMMY LEE WILLIAMS**                                                                                   **PETITIONER**

v.                                    Case No. 5:12-cv-445-KGB

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                 **RESPONDENT**

## JUDGMENT

Consistent with the Order entered in this matter on this day, the Court dismisses with prejudice this case. The Court will not issue a certificate of appealability because Mr. Williams has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ADJUDGED this 12th day of May, 2015.

_____
Kristine G. Baker
United States District Judge